PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASYA MOSHKOVICH,<br><br>    Plaintiff,<br><br>  v.<br><br>KIKA SCOTT[1], Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | C 3:25-cv-00262-LJC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before May 16, 2025. The parties make this request because Defendant needs a brief period of additional time to prepare her response.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 7. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or

---

[1] Kika Scott is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Extend
C 3:25-cv-00262-LJC    1

May 16, 2025. In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file her motion for summary judgment by July 15, 2025.

Dated: March 17, 2025                               Respectfully submitted[2],

                                                       PATRICK D. ROBBINS
                                                     Acting United States Attorney

                                                     */s/ Elizabeth D. Kurlan*
                                                     ELIZABETH D. KURLAN
                                                     Assistant United States Attorney
                                                     Attorneys for Defendant

Dated: March 17, 2025

                                                     */s/ Kristina David*
                                                     KRISTINA DAVID
                                                     David Strashnoy Law, PC
                                                     Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 18, 2025

                                                     HON. LISA J. CISNEROS
                                                     United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.