PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASYA MOSHKOVICH,<br><br>                    Plaintiff,<br><br>         v.<br><br>KIKA SCOTT[1], Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services,<br><br>                    Defendant. | Case No. 3:25-cv-00262-LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 15, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-526E, Immigrant Petition by Regional Center Investor. United States Citizenship and Immigration Services ("USCIS") is in the process of adjudicating Plaintiff's petition.

---

[1] Kika Scott is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 15, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 16, 2025

Respectfully submitted[2],

PATRICK D. ROBBINS
Acting United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: May 16, 2025

/s/ Kristina David
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 2, 2025

HON. LISA J. CISNEROS
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.
Stipulation to Stay
Case No. 3:25-cv-00262-LJC                          2