CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASYA MOSHKOVICH,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELICA ALFONSO-ROYALS [1], Acting Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | Case No. 3:25-cv-00262-LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties submit this joint status report regarding Plaintiff's Form I-526E, Immigrant Petition by Regional Center Investor. On June 2, 2025, the Court granted the parties' request to stay proceedings until July 15, 2025, to allow time for United States Citizenship and Immigration Services ("USCIS") to complete adjudication of Plaintiff's petition. *See* Dkt. No. 15. On July 15, 2025, USCIS issued a Notice of Intent to Deny ("NOID") on Plaintiff's petition. Once USCIS receives Plaintiff's response to the NOID, the agency will work diligently towards completing adjudication of Plaintiff's petition, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

---

[1] Angelica Alfonso-Royals is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report & Stipulation
Case No. 3:25-cv-00262-LJC                                      1

October 17, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 15, 2025

Respectfully submitted[2],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorneys
Attorneys for Defendants

Dated: July 15, 2025

*/s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 16, 2025

HON. LISA J. CISNEROS
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.